BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00022 LJO SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| CHRISTINE MARIE FRITZLER, | DATE: April 21, 2014 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 21, 2014.

2. By this stipulation, defendant now moves to continue the status conference until June 16, 2014, and to exclude time between April 21, 2014, and June 16, 2014.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes several incidents of mail theft on different dates. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant has a conflict with the current status conference date, and also desires additional time to review the charges, conduct investigation and research related to

the charges, and discuss potential resolutions with his client.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 21, 2014 to June 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 27, 2014　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　/s/ MEGAN A. S. RICHARDS
　　　　　　　　　　　　　　　　　　　　　　　　MEGAN A. S. RICHARDS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  March 27, 2014　　　　　　　　　　　　/s/ VICTOR M. CHAVEZ
　　　　　　　　　　　　　　　　　　　　　　　　VICTOR M. CHAVEZ
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Christine Marie Fritzler

1
2                                              **ORDER**

3       Pursuant to the parties' stipulation, the Status Conference currently set for April 21, 2014, is
4   continued to June 16, 2014, with time excluded.

5
6
7   IT IS SO ORDERED.

8       Dated:   **March 28, 2014**                    /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME                     3
PERIODS UNDER SPEEDY TRIAL ACT